**COMMONWEALTH of Pennsylvania,**
Petitioner

v.

**Raymond W. FARABAUGH,**
Respondent

**No. 155 WAL 2016**

Supreme Court of Pennsylvania.

October 16, 2017

## ORDER

PER CURIAM

AND NOW, this 16th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Donohue did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania,**
Respondent

v.

**Victor DALFONSE, Petitioner**

**No. 235 EAL 2017**

Supreme Court of Pennsylvania.

October 17, 2017

## ORDER

PER CURIAM

AND NOW, this 17th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.